GARY S. LOGSDON & ASSOCIATES, P.S.C.
PO Box 382
Brownsville, KY 42210
Telephone: 270-526-6112
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 4645<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| RALPH HARRELL, individually,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., PHARMACIA CORPORATION, and G.D SEARLELLC, (FKA G.D. SEARLE & CO.)<br><br>　　　　　　　　Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, RALPH HARRELL, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: July 24, 2009

By: /s/ Gary Logsdon

GARY S. LOGSDON & ASSOCIATES, P.S.C.
PO Box 382
Brownsville, KY 42210
Telephone: 270-526-6112
*Attorneys for Plaintiff*

DATED: August 6, 2009

By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: AUG 1 7 2009

Hon. Charles R. Breyer
United States District Court